# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter    13 |
| | : | |
| Marian V Williams | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-16181 - jkf |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 10/1/19, this case is hereby DISMISSED.

**Date: November 19, 2019**

Judge Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:    Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1 & 122C-2

bfmisdoc